UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW CATES,<br><br>　　　　Respondent. | No. EDCV 10-1225-GHK (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation, after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that Judgment be entered dismissing the Petition.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on Petitioner.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/18/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE