# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL MCNEIL,<br><br>    Petitioner,<br><br>v.<br><br>MATTHEW CATES,<br><br>    Respondent. | No. EDCV 10-1225-GHK (RCF)<br><br>[PROPOSED] JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed.

DATED: 1/18/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE